

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

**GERALD C. MANN**
**ATTORNEY GENERAL**

Honorable T. H. Webb
Assistant State Highway Engineer
Texas Highway Department
Austin, Texas

Dear Sir:

Opinion No. 0-2557
Re: Will the retention of S.
Robert Greer in the employ
of the State Highway De-
partment violate any of the
provisions of the Nepotism
Law?

We acknowledge the receipt of your letter of
July 18, 1940, in which you request the opinion of this
department as to whether it will be a violation of any of
the provisions of the Nepotism Law for the State Highway
Department to retain in its employ Mr. S. Robert Greer,
as a junior resident engineer, after his brother Mr. D. C.
Greer has been appointed State Highway Engineer, by the
State Highway Commission, on July 1, 1940.

Article 432, Penal Code, provides as follows:

"No officer of this State or any officer
of any district, county, city, precinct, school
district, or other municipal subdivision of this
State, or any officer or member of any State,
district, county, city, school district or
other municipal board, or judge of any court,
created by or under authority of any general or
special law of this State, or any member of the
Legislature, shall appoint, or vote for, or con-
firm the appointment to any office, position,
clerkship, employment or duty, of any person
related within the second degree by affinity or
within the third degree by consanguinity to the
person so appointing or so voting, or to any
other member of any such board, the Legislature,
or court of which such person so appointing or

Hon. T. H. Webb, page 2

voting may be a member, when the salary, fees,
or compensation of such appointee is to be paid
for, directly or indirectly, out of or from
public funds or fees of office of any kind or
character whatsoever."

As stated in a previous opinion, No. O-667, given
by this department, "A careful reading of said Article 432
shows that same relates only to the situation existing at
the time of the appointment or employment."

Obviously, Mr. D. C. Greer was not State Highway
Engineer at the time Mr. S. Robert Greer was appointed to
his·position, in 1935.

Not only is this true, but in your letter of July
30, 1940, in which you set forth additional information on
this case, you write as follows:

"For your information there is attached
photostatic copy of Form No. 102 used by the
Highway Department for requesting approval of
new employees or change of status of present
employees. This form actually covers the last
change in status of S. Robert Greer. You will
note that the form is executed by the Assistant
District Engineer of District 18 at Dallas and
has been approved by Mr. E. J. Amey for the Per-
sonnel Division and by Mr. T. H. Webb, Assistant
State Highway Engineer. This form does not go
to the Highway Engineer for any purpose. Pay
rolls covering payment of salaries of all field
employees are prepared by the district office
and forwarded to the auditing division of the
Highway Department at Austin, where they are
checked and approved by the chief auditor, from
whom they go to the Assistant Highway Engineer
for his approval, thence to the Highway Commis-
sion where they must be approved and·signed by
the Chairman and one other member of the Highway
Commission. Pay rolls are not submitted to or
approved by the Highway Engineer."

According to your letter, then, not only was
Mr. Robert S. Greer employed five years before Mr. D. C.
Greer was appointed State Highway Engineer, but even now

712

in his capacity as State Highway Engineer Mr. D. C. Greer
has nothing whatever to do with appointing or retaining,
signing the pay roll, recommending promotions, or other-
wise exercising any powers whatsoever over the employment
of his brother by the State Highway Commission.

In view of the facts as set forth in your two
letters, and in line with this department's consistent in-
terpretation of the Nepotism Law, you are respectfully ad-
vised that it is the opinion of this department that Mr.
S. Robert Greer may be retained in his capacity as a junior
resident engineer without any violation of any part of the
Nepotism Law.

Very truly yours

APPROVED AUGUST 1, 1940

ATTORNEY GENERAL OF TEXAS

(Signed) Grover Sellers

FIRST ASSISTANT
ATTORNEY GENERAL

By                    (signed)
              Walter R. Koch
                 Assistant

WRK:jm

APPROVED
OPINION
COMMITTEE
BY B. W. B.
CHAIRMAN